**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Ryan Gilblair, et al.
                                      Plaintiff,

v.                                                            Case No.: 1:17−cv−02035
                                                            Honorable John Z. Lee

Spring Hill Gymnastics, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 28, 2018:

      MINUTE entry before the Honorable John Z. Lee: The Court approves the proposed settlement. Pursuant to that settlement, this case is dismissed with prejudice with each side to bear their own costs and fees. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.